ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
DONALD P. BOLAND and MARY A. BOLAND, :
Individually and on Behalf of All Others Similarly : 16 Civ. 3925 (LLS)
Situated, :
              Plaintiffs, : **ECF Case**
    v. :
GERDAU S.A., et al., : STIPULATION AND [PROPOSED]
              Defendants. : ORDER EXTENDING TIME
-----------------------------------x

LLS

       WHEREAS, on May 26, 2016, plaintiffs Donald P. Boland and Mary A. Boland filed the above-captioned proposed class action against Gerdau S.A. ("Gerdau") and multiple individual defendants; and

       WHEREAS, Policemen's Annuity and Benefit Fund of Chicago ("Lead Plaintiff") was appointed Lead Plaintiff on August 9, 2016; and

       WHEREAS, pursuant to an agreed-upon schedule approved by the Court (*see* Dkt. Nos. 8, 25), Lead Plaintiff filed a 110-page, 379-paragraph Amended Complaint on October 31, 2016; and

       WHEREAS, Gerdau's motion to dismiss the Amended Complaint is currently due to be filed on December 30, 2016; and

       WHEREAS, counsel for Lead Plaintiff and counsel for Gerdau have met and conferred regarding the scheduling of Gerdau's motion to dismiss, Lead Plaintiff's opposition to that motion, and Gerdau's reply to that opposition; and

       WHEREAS, counsel for Gerdau has not previously requested an extension of time with respect to the filing of Gerdau's motion to dismiss.

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that:

1. Gerdau shall have until January 17, 2017 to move to dismiss the Amended Complaint;

2. Lead Plaintiff shall have until ~~March~~ February 17, 2017 to file an opposition to Gerdau's motion to dismiss; and    LLS

3. Gerdau shall have until ~~April~~ March 17, 2017 to file a reply to Lead Plaintiff's opposition.    LLS

Dated: December 8, 2016
New York, New York

*/s/ Henry Rosen* /AB
Henry Rosen
Susannah R. Conn
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: henryr@rgrdlaw.com
       sconn@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: srudman@rgrdlaw.com
       drosenfeld@rgrdlaw.com

*/s/ Jay B. Kasner* /AB
Jay B. Kasner
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1
Email: jay.kasner@skadden.com

*Attorney for Defendant Gerdau S.A.*

ROBBINS GELLER RUDMAN
    & DOWD LLP
Christopher C. Martins
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email: cmartins@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

                          SO ORDERED:

                          Dated: December 9, 2016
                                New York, New York

                                *Louis L. Stanton*
                                      U.S.D.J.